IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAREN DEVALIA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA et al., | : | NO. 13-6748 |
| Defendants. | : | |

AMENDED SCHEDULING ORDER

AND NOW, this 13th day of May 2014, the parties having submitted their Stipulation of Counsel for an Enlargement of Deadlines, it is hereby ORDERED as follows:

1. Fact discovery shall be completed on or before Monday, June 30, 2014.

2. Plaintiff's expert reports are due on Monday, June 30, 2014.

3. Defendants' expert reports are due on Monday, July 28, 2014.

4. On or before Monday, July 28, 2014, the parties shall jointly advise the Court in writing whether this matter should be referred to the Honorable Timothy R. Rice, United States Magistrate Judge, for a settlement conference.

5. Dispositive motions shall be filed on or before Thursday, August 14, 2014.

6. Responses to dispositive motions shall be filed no later than 14 days after service thereof.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.