IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

———————————————————

| | |
|---|---|
| DAREN DEVALIA, : | |
|     Plaintiff : | |
|     v. : | CIVIL ACTION NO. 2:13-CV-06748 |
| : | |
| CITY OF PHILADELPHIA, et al. : | |
|     Defendants : | |

———————————————————

### PLAINTIFF'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 41(a)

Plaintiff Daren Devalia, by and through counsel, moves this Court to dismiss this action voluntarily pursuant to Fed.R.Civ.P. 41(a)(2) without prejudice for the reasons set forth in the accompanying Memrandum of Law (incorporated herein by reference).

Respectfully submitted,

**JAMES, SCHWARTZ & ASSOCIATES, P. C.**
1500 Walnut Street – 21st Floor
Philadelphia, PA 19102
215-751-9865

By:    /s/ Jonathan J. James, JJJ6405
JONATHAN J. JAMES, ESQUIRE
Attorney I.D. #64534
jjames@civilrightspa.com

By:    /s/ Michael C. Schwartz MCS 6449
MICHAEL C. SCHWARTZ, ESQUIRE
Attorney I.D. # 39475
mschwartz@civilrightspa.com

**ATTORNEYS FOR PLAINTIFF**