IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAREN DEVALIA, | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA et al., | : | NO. 13-6748 |
|    Defendants. | : | |

ORDER

AND NOW, this 19th day of June 2014, upon consideration of Plaintiff's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a) (Doc. No. 13), it is hereby ORDERED that Plaintiff's Motion is GRANTED. Accordingly, it is FURTHER ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court shall mark this matter CLOSED for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.